


# MEMORANDUM
## TO THE HONORABLE FREDERIC BLOCK
### SENIOR UNITED STATES DISTRICT JUDGE

RE: DUAH-AGEYMAN, Isaac

DOCKET NO.: CR-98-844(S-1)

**Request for Permission to Release Presentence Report**

Reference is made to the above-captioned individual, who was sentenced by Your Honor on November 20, 2000, to a custodial term of eighteen months, to be followed by a five year term of supervised release. The Court ordered that two of those years be served under home confinement. This sentence followed a conviction for a violation of 21 USC 952(a) and 960(b)(1)(A), Importation of Heroin into the United States, a Class A Felony.

Upon his release from custody, the releasee commenced his supervision term in the Southern District of New York, based upon his residence in the Bronx. His supervising U.S. Probation Officer, Jenny-Ann Johnson, informs that the releasee's adjustment to supervision has been favorable. Specifically, the releasee completed nursing school and wishes to apply for a license with New York State as a Practical Nurse. However, the releasee must first obtain a Certificate of Relief from Disabilities from the New York State Executive Clemency Board. As part of the application process, the releasee must submit to the Board a copy of his presentence report that was prepared in this District.

The releasee's probation officer has no objection to the disclosure of the presentence report to the Executive Clemency Board, as it will further assist the releasee in his rehabilitation. If agreeable to the Court, we respectfully request permission to release a copy of the presentence report as stipulated above. A space has been reserved on Page Two of this memorandum for Your Honor's response.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _[signature]_

Carlos Colón
U.S. Probation Officer

APPROVED BY: _[signature]_

Kathleen Dunn
Supervising U.S. Probation Officer

January 6, 2006

☑ Release Presentence Report as Stipulated Above;

☐ Other Action:

_[signature]_      Jan. 18, 2006

Sr. U.S. District Court Judge      Date